**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6648**

CURTIS L. KING,

              Plaintiff - Appellant,

        v.

JON OZMINT; WARDEN CARTLEDGE; MAJOR LEWIS; CAPT. MURSIER;
LT. STEVEN; LT. CROUTCH; SGT. MACKY; SGT. WRIT; OFC.
CURHLEY; DR. MCCREE; RN CRAWFORD; RN ANDREW; RN BLACK; MALE
OFFICER YOUNG; CYNTHIA CHERNECKI,

              Defendants - Appellees,

        and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Known and unknown
officials in official and individual capacity security
medical,

              Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Terry L. Wooten, District Judge.
(0:11-cv-01455-TLW-PJG)

Submitted:  July 9, 2012          Decided:  August 7, 2012

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Curtis L. King, Appellant Pro Se.  Brian E. Sopp, BARNES, ALFORD, STORK & JOHNSON, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis L. King seeks to appeal the district court's order denying his motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order King seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED